UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:   GREEN-ST. PETER, ERINMARIE                Chapter 13
                                                   Case No. 07-17403-WCH

MOTION OF CHAPTER 13 TRUSTEE FOR ORDER DISMISSING CASE
FOR FEASIBILITY
NOTICE OF BAR DATE OBJECTIONS/RESPONSES

   Now comes the Chapter 13 Trustee (the "Trustee") and respectfully moves the Court for an Order dismissing this case. In support thereof, the Trustee states as follows:

1. On November 19, 2007, the above-captioned debtor (the "Debtor") filed a petition for relief under Chapter 13 of the United States Bankruptcy Code.
2. On January 3, 2008, the Trustee convened and presided at a meeting of creditors as required by 11 U.S.C. §341.
3. Upon recommendation of the Trustee, the plan was confirmed effective January 1, 2008.
4. The Trustee has reviewed the proofs of claim filed in this case, and believes that the plan is not sufficient to pay all of the claims as filed. As a result, the plan is unfeasible and the case should be dismissed pursuant to 11 U.S.C. §1307(c)(1). In particular, the secured claim of Carrington Mortgage is higher than included in the plan and makes the plan unfeasible. According to PACER, the Debtor has not filed an Amended plan, and no objections to the claims have been filed. Therefore, the case should be dismissed.

   WHEREFORE, the Trustee respectfully requests that this Court enter an Order dismissing this case.

Respectfully Submitted,

By: /s/ Carolyn Bankowski
Carolyn Bankowski, BBO #631056
Patricia A. Remer, BBO #639594
Office of the Chapter 13 Trustee
P.O. Box 8250
Boston, MA 02114
(617) 723-1313
 Date: **November 7, 2008**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:   GREEN-ST. PETER, ERINMARIE               Chapter 13
                                                  Case No. 07-17403-WCH

ORDER DISMISSING CASE

The motion of the Chapter 13 Trustee to dismiss this case having come before this Court, due notice having been given, and for cause shown, it is hereby:

    ORDERED: that this Chapter 13 case is dismissed.

Dated: _____

_____
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:   GREEN-ST.PETER, ERINMARIE                     Chapter 13
                                                       Case No. 07-17403-WCH

NOTICE OF BAR DATE FOR OBJECTIONS/RESPONSES

Notice is given that any responses and/or objections to this motion are to be filed within twenty (20) days of the date hereof.  If no timely objections/responses are filed, the Court may act on this motion without further notice or hearing as provided by 11 U.S.C.§102(1)(B).

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the within Trustee's Motion to Dismiss was served upon the Debtor, Debtor's counsel of record and those parties listed on the following service list by first class mail, postage prepaid or by electronic notice.

Dated: November 7, 2008

/s/ Carolyn Bankowski

SERVICE LIST

Erinmarie Green-St.Peter
114 N. Central Avenue
Quincy, MA 02170

Norman Novinsky, Esq.
Novinsky & Associates
1350 Belmont Street, Suite 104
Brockton, MA 02301